**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00468-REB-CBS

ALFRED MALESPINI, and
CHRISTY MALESPINI,

    Plaintiffs,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC, a Georgia limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, Judge**

    The parties filed a **Stipulation of Dismissal with Prejudice** [#15] on June 26, 2006. After a careful review of the stipulation and the file, the court concludes that the stipulation should be approved and that the case should be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the parties' **Stipulation of Dismissal with Prejudice** [#15] filed on June 26, 2006, **IS APPROVED**; and

    2. That this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated: June 28, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**

**Robert E. Blackburn**
**United States District Judge**